# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles Everette Hinton ,

    Plaintiff(s),                                     JUDGMENT IN A CIVIL CASE

vs.                                                  3:11-cv-198

Andrew Murray, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 27, 2011 Order.

                                                     Signed: April 27, 2011

Frank G. Johns, Clerk
United States District Court